CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUL 29 2014
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY LEON COFFEY,<br>    Plaintiff, | Civil Action No. 7:14-cv-00376 |
| v. | **ORDER** |
| BETTY AKERS, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 42 U.S.C. § 1997e(c), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 29th day of July, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge